1002

[No. 17410-3-II.   Division Two.   December 15, 1995.]

*In the Matter of the Marriage of* SYLVIA K. SLOCUM, *Appellant, and* BERNARD L. SLOCUM, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 89-3-01741-2, Roger A. Bennett, J., entered July 14, 1993. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 17665-3-II.   Division Two.   December 15, 1995.]

CARE SERVICES, INC., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 92-2-00683-6, Richard D. Hicks, J., entered October 22, 1993. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Seinfeld, C.J., and Morgan, J.

[Nos. 18610-1-II; 19489-9-II.   Division Two.   December 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE SYKES, *Appellant.*

*In the Matter of the Personal Restraint Petition of* DAVID LEE SYKES, *Petitioner.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-1-00067-8, Francis Mark McCauley, J., entered August 29, 1994. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Wiggins, J.

[No. 32775-5-I.   Division One.   December 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD JOSEPH HLETKO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-03708-1, Laura Inveen, J., entered April 27, 1993. *Affirmed* by unpublished opinion per Baker, C.J. concurred in by Coleman and Webster, JJ.